STEWART C. ALTEMUS (State Bar No. 98746)
ALTEMUS & WAGNER
ATTORNEYS AT LAW
1255 Sacramento St.
Redding, California 96001
Telephone   (530) 242-8800
Facsimile:   (530) 242-8900
Email:       scaltemus@aol.com

Attorney for Plaintiffs
SCOTT DUNTON and DUNTON CONSTRUCTION CO., INC.

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
JONE TRAN (State Bar No. 239311)
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone:   (415) 882-5000
Facsimile:   (415) 882-0300
Email:       michael.barnes@snrdenton.com
             sonia.martin@snrdenton.com
             jone.tran@snrdenton.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT DUNTON, DUNTON CONSTRUCTION CO., INC.<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY; DOES 1 to 10,<br><br>    Defendants. | Case No. 12-cv-00303-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows, and ask the Court to approve and give effect to their stipulation:

WHEREAS, at the Court's direction, defendant Allstate Insurance Company noticed its Motion for Protective Order Regarding Depositions of Certain Allstate Employees to be heard on

1   April 24, 2013 (*see* Dkt. No. 13); and

2   WHEREAS, the plaintiffs Scott Dunton and Dunton Construction Co., Inc. wish to
3   depose the Allstate employees at issue in Allstate's Motion for Protective Order and are willing
4   to continue the depositions to dates that fall after the hearing on that motion; and

5   WHEREAS, the discovery deadline in this case is May 24, 2013 (*see* Dkt. No. 9); and

6   WHEREAS, plaintiffs wish to have time to propound additional discovery after the
7   depositions, if necessary; and

8   WHEREAS, trial in this case is not scheduled to begin until March 24, 2014 (*see* Dkt.
9   No. 9); and

10   WHEREAS, a brief extension of the discovery deadline in this case will not affect the
11   trial date; and

12   WHEREAS, the parties do not seek to alter any of the other dates in the Court's Pretrial
13   Scheduling Order (*see* Dkt. No. 9);

14   NOW, THEREFORE, Allstate and plaintiffs hereby stipulate and agree to extend the
15   discovery deadline to **July 24, 2013**.

16   IT IS SO STIPULATED.

17   Dated:  March 12, 2013                    STEWART C. ALTEMUS

20                                             By      /s/ Stewart C. Altemus [as authorized on
                                                       March 12, 2013]

22                                             Attorneys for Plaintiffs
                                               SCOTT DUNTON and DUNTON
                                               CONSTRUCTION CO, INC.

Dated:  March 12, 2013             SNR DENTON US LLP


                                   By _____/s/ Sonia Martin_____

                                   Attorneys for Defendant
                                   ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.


DATED:  March 14, 2013


_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE