STEWART C. ALTEMUS (State Bar No. 98746)
ALTEMUS & WAGNER, ATTORNEYS AT LAW
1255 Sacramento Street
Redding, California  96001
Telephone    (530) 242-8800
Facsimile:    (530) 242-8900
Email:         scaltemus@aol.com

Attorney for Plaintiffs
SCOTT DUNTON and DUNTON CONSTRUCTION CO., INC.

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
ASLAN BANANZADEH (State Bar No. 262608)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, California  94105-2708
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300
Email:         michael.barnes@dentons.com
                sonia.martin@dentons.com
                shawn.bananzadeh@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SCOTT DUNTON, DUNTON CONSTRUCTION CO., INC.<br><br>  Plaintiffs,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY; DOES 1 to 10,<br><br>  Defendants. | Case No. 12-cv-00303-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |

   The parties, by and through their respective counsel of record, hereby stipulate and agree as follows, and ask the Court to approve and give effect to their stipulation:

   WHEREAS, the parties have recently initiated good-faith settlement discussions aimed at negotiating a final and global resolution of all issues between them, and, to that end, have agreed to submit their dispute to mediation as soon as possible; and

1  WHEREAS, the parties will attempt to schedule the mediation to occur within the next
2  thirty days, subject to their and the mediator's schedules; and

3  WHEREAS, discovery in this case is currently scheduled to close on July 24, 2013 (*see*
4  Dkt. No. 15); and

5  WHEREAS, the parties wish to minimize the burden and expense of this litigation on
6  the Court and the parties should they be able to resolve this matter through mediation; and

7  WHEREAS, the parties agree that, should they fail to resolve this matter through
8  mediation, further discovery will need to be conducted; and

9  WHEREAS, trial in this case is not scheduled to begin until March 24, 2014 (*see* Dkt.
10 No. 9); and

11 WHEREAS, a brief extension of the discovery deadline in this case will allow the parties
12 to complete mediation before undertaking further discovery efforts without affecting the trial
13 date; and

14 WHEREAS, the parties do not seek to alter any of the other dates in the Court's Pretrial
15 Scheduling Order (*see* Dkt. No. 9);

16 NOW, THEREFORE, the parties hereby stipulate and agree, subject to Court approval,
17 to extend only the deadline to complete discovery from **July 24, 2013** to **September 24, 2013**.

18 IT IS SO STIPULATED.

19 Dated:  May 24, 2013                             STEWART C. ALTEMUS

21                                                 By   /s/ As authorized by Stewart Altemus on May
                                                   23, 2013

23                                                 Attorneys for Plaintiffs
                                                   SCOTT DUNTON and DUNTON
                                                   CONSTRUCTION CO., INC.

1  Dated:  May 24, 2013

3                              DENTONS US LLP

4                              By   /s/ Michael Barnes

6                              Attorneys for Defendant
                               ALLSTATE INSURANCE COMPANY

8  Good cause appearing, IT IS SO ORDERED.

9  DATED:  June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT