**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT DUNTON, DUNTON CONSTRUCTION CO., INC. | CASE NO.: 12-cv-00303-MCE-EFB |
| Plaintiffs, | STIPULATION RE: DISCLOSURE OF EXPERTS AND ORDER THEREON |
| vs. | |
| ALLSTATE INSURANCE COMPANY; DOES 1 to10, | |
| Defendants. | |

IT IS STIPULATED by and between the parties hereto, through their respective undersigned attorneys as follows:

That the date for disclosure of experts presently set for July 24, 2013 be extended to **August 23, 2013** following mediation of this matter scheduled for July 24, 2013.

Dated: July 16, 2013.   ALTEMUS & WAGNER

/s/ Stewart C. Altemus
Stewart C. Altemus
Attorney for Plaintiffs

Dated: July 16, 2013.   DENTONS US

/s/ Aslan Bananzadeh
Aslan Bananzadeh
Attorneys for Defendant

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Stipulation re: Disclosure of Experts & Order Thereon                              1

**ORDER**

1. Pursuant to the parties' stipulation and good cause appearing, the date for disclosure of experts in the above-entitled case, presently set for July 24, 2013, is hereby extended to **August 23, 2013,** following mediation of this matter scheduled for July 24, 2013.

   IT IS SO ORDERED.

   Date: July 25, 2013

   _____
   MORRISON C. ENGLAND, JR., CHIEF JUDGE
   UNITED STATES DISTRICT COURT

ALTEMUS & WAGNER
1255 Sacramento Street
Redding, California 96001
TEL: 530-242-8800
FAX: 530-242-8900

Stipulation re: Disclosure of Experts & Order Thereon    2